IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2023 APR 26 AM 11:19
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| AMANDA WALLIS, § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. 1:23-CV-00237-LY |
| § | |
| PORTFOLIO RECOVERY § | |
| ASSOCIATES, LLC, § | |
| DEFENDANT. § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On April 21, 2023, Plaintiff filed a Notice of Dismissal with Prejudice (Doc. #4), informing the court that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff wishes to dismiss her claims against Defendant. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this _26th_ day of April, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE